FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___EF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2315-JLS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and |
| MANUEL ESTEBAN RODRIGUEZ-SOTO, | ) 960 - Importation of Marijuana |
| Defendant. | ) (Felony) |

The United States Attorney charges:

On or about June 22, 2008, within the Southern District of California, defendant MANUEL ESTEBAN RODRIGUEZ-SOTO, did knowingly and intentionally import approximately 26.40 kilograms (58.20 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 22, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis for*
CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
7/21/08